THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES E. ROE,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>           Defendant. | CASE NO. C13-1744-JCC<br><br>ORDER |

The Court, having reviewed the record, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, hereby ORDERS:

(1) The Report and Recommendation (Dkt. No. 20) is ADOPTED.

(2) The final decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is respectfully directed to send copies of this Order to the parties.

//
//
//
//
//
//

ORDER
PAGE - 1

1   DATED this 23rd day of May 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2