THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES E. ROE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>　　　　　　Defendant. | CASE NO. C13-1744-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 29.) No objections have been filed. Having thoroughly considered the parties' briefing, the relevant record, and the Report and Recommendation, the Court hereby ORDERS as follows:

(1)　　The Report and Recommendation is ADOPTED.

(2)　　Attorney's fees in the total amount of $7,379.40 and expenses in the amount of $15.03 (for postage and service of process fees) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall be awarded to Plaintiff subject to any offset provided for under *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check(s) for EAJA fees and expenses shall be made payable to Plaintiff's

ORDER
PAGE - 1

1 attorney, Richard Baum, based upon Plaintiff's assignment of these amounts to Plaintiff's
2 attorney. Whether the check is made payable to Plaintiff, or to Richard Baum, the check(s) shall
3 be mailed to Mr. Baum at the following address: 119 N. Commercial St., Ste. 191, Bellingham,
4 WA 98225.

5    DATED this 18th day of August 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE